**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CLIFTON STEVENSON,** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

Case: 1:26-mj-00102
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 6/16/2026
Description: COMPLAINT W/ARREST WARRANT

**UNDER SEAL**

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Matthew Stanislowski, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.    I submit this affidavit in support of a criminal complaint charging Clifton STEVENSON with Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a).

2.    Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.    Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**PROBABLE CAUSE**

4.      On September 19, 2013, Clifton STEVENSON plead guilty to Third Degree Sexual Abuse in DC Superior Court case 2013 CF1 007745 and was sentenced on December 13, 2013, STEVENSON to 36 months of incarceration.  As a result of STEVENSON's convictions, he was provided with notice that he was required to register as a sex offender for ten years. On April 9, 2019, STEVENSON plead guilty to 1 count of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year and Failure to Register as a Sex Offender. On July 17, 2019, STEVENSON was sentenced to 77 months with respect to the Possession of a Firearm charge and 180 days incarceration with respect to the Failure to Register charge and was ordered to comply with the requirements of the Sex Offender Registration and Notification Act. STEVENSON was released from custody in 2025. Due to STEVENSON's prior conviction, he is a sex offender under the Sex Offender Registration and Notification Act (SORNA) and is required to register pursuant to SORNA. Based on STEVENSON's conviction for Third Degree Sexual Abuse pursuant to 22 D.C. Code Section 3004, he would, at a minimum, be considered a Tier I offender under SORNA. Therefore, he would be required to register for a minimum period of fifteen years following his release from incarceration.

5.      On December 19, 2025, STEVENSON was issued a supervised release warrant for his violations of his release conditions for case 18-CR-233. Per the probation petition on December 19, 2025, STEVENSON failed to comply with the Sex Offender Registration requirements, in violation of his conditions of release.

6.      The petition stated STEVENSON had been living with his godmother at 3044 Stanton Rd SE Apt XXX, Washington, D.C., but in December of 2025 his godmother moved out

2

and STEVENSON did not move with her. STEVENSON did not update US Probation or the DC Sex Offender Registry with a new address.

7.      The DC Sex Offender Registry was contacted and the last registration they had for STEVENSON was on October 23, 2025, where he registered with the address 3044 Stanton Rd SE Apt XXX, Washington, D.C. This registration form stated that STEVENSON was required to register until August 8, 2035, and has signed stating that he was aware of all the requirements, to include reporting any changes in residence, employment, or school within 3 days.[1]

8.      On 05/07/2026 Deputy US Marshals (DUSM) Stanislowski and Kirn interviewed property management at Hillstone Apartments, where STEVENSON was most recently registered with the DC Sex Offender Registry. DUSMs spoke with the assistant property manager, who confirmed that STEVENSON did not live at 3044 Stanton Rd SE, Apt XXX. Property management stated that the apartment was currently vacant. Property security was also interviewed and stated that they had seen STEVENSON multiple times still at the complex, coming around 8:00am and going into 3076 Stanton Rd SE. He would also be seen exiting the front porch doors to smoke before going back inside the apartment.

9.      On June 8, 2026, DUSM Stanislowski interviewed a property security guard who stated that STEVENSON lived at 3076 Stanton Rd SE Apt XXX with his girlfriend. The security guard stated that STEVENSON would leave and return to the apartment through the glass patio door on the front of the building. DUSM Stanislowski confirmed with the security guard that it was Apartment XXX that had the glass patio door on the front of 3076 Stanton Rd SE.

10.     At approximately 7:45 a.m., DUSM Stanislowski observed STEVENSON exit 3076 Stanton Rd SE Apartment XXX through the patio door and walk away from the apartment.

---

[1] Due to his intervening conviction in 2019 and his release from custody in 2025, his ten-year registration period under the D.C. Sex Offender Registration Act (SORA) restarted, requiring him to register until 2035.

A short while later STEVENSON came back to the apartment and entered it through the patio door again. STEVENSON was then again observed leaving the apartment and throwing out garbage at the dumpster before returning to the apartment.

11.     Members of the Capitol Area Regional Fugitive Task Force responded to the area and knocked on the door of 3076 Stanton Rd SE Apt XXX. The door was opened by a female, and STEVENSON was in plain view inside the apartment. STEVENSON was ordered to step out of the apartment and taken into custody without incident.

12.     DUSMs Stanislowski, Sweeney, and Stallman conducted an interview of STEVENSON for violations of the Adam Walsh Act. Prior to the interview STEVENSON was read his rights and agreed to waive his rights and speak with DUSMs. STEVENSON signed the USM309 - Waiver of Rights.

13.     During the interview STEVENSON stated he was living at 3064 Stanton Rd SE Apt XXX, Washington, D.C. with his girlfriend until late August 2025 when they broke up. After they broke up STEVENSON lived with his godmother, at 3044 Stanton Rd SE Apt XXX. STEVENSON stated he had issues with property management and his godmother was unable to register him at that address. His godmother moved out in December of 2025, and STEVENSON said he now lived with his mother at 3070 Stanton Rd SE Apt XXX, Washington, D.C.

4

STEVENSON stated that he also stays with his girlfriend, at 3076 Stanton Rd SE Apt XXX, Washington D.C., but property management doesn't allow him to live there.

## **CONCLUSION**

14.    Based on the foregoing, there is probable cause to believe that Clifton STEVENSON committed the offense of Failure to Register as a Sex Offender in violation of 18 U.S.C. 2250(a).

Respectfully submitted,

Matthew Stanislowski
Deputy U.S. Marshal
United States Marshals Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) on the 16th of June 2026.

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE