AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Clifton Stevenson (AKA: N/A)<br><br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:26-mj-00102<br>Assigned To : Sharbaugh, Matthew J.<br>Assign. Date : 6/16/2026<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_                    Clifton Stevenson                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2250(a) (Failure to Register as a Sex Offender).

Date:     06/16/2026

_Issuing officer's signature_

City and state:          Washington, D.C.

Matthew J. Sharbaugh  U.S. Magistrate Judge

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  6/16/26 , and the person was arrested on _(date)_  6/17/26<br>at _(city and state)_  Washington DC . |
| Date:  6/17/26 |

_Arresting officer's signature_

Stanislovski   DUSM

_Printed name and title_